UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY TROST,

   Plaintiff,

                Case No. 1:09-cv-580

v.

                Hon. Hugh W. Brenneman, Jr.

ZACHARY TROST, *et al.*,

   Defendants.

_____/

## JUDGMENT

   This action was tried by a jury with Judge Hugh W. Brenneman, Jr. presiding, and the jury has rendered a verdict.  In accordance with that verdict, as modified by the Order Granting in Part and Denying in Part Defendants' Motion for Judgment as a Matter of Law filed pursuant to F.R.C.P. 50(a) and entered this date,

   **IT IS ORDERED AND ADJUDGED**:

   1.  That plaintiff takes nothing on Count I (breach of contract).

   2.  That plaintiff takes nothing on Count III (fraud).

   3.  That plaintiff is entitled to judgment on Count V (common law conversion) against both defendant Zachary Trost and Kim Trost in the amount of **$108,797.06**, with interest thereon and costs of action as provided by law.

Dated:  March 8, 2012           /s/ Hugh W. Brenneman, Jr.
                 HUGH W. BRENNEMAN, JR.
                 United States Magistrate Judge