UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY TROST,

    Plaintiff,

v.

ZACHARY TROST, *et al.*,

    Defendants.
                                /

Case No. 1:09-cv-580

Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

This action was tried by a jury with Judge Hugh W. Brenneman, Jr. presiding, and the jury has rendered a verdict. In accordance with that verdict, as modified by the Order Granting in Part and Denying in Part Defendants' Motion for Judgment as a Matter of Law filed pursuant to F.R.C.P. 50(a) and entered this date,

    **IT IS ORDERED AND ADJUDGED**:

    1.    That plaintiff takes nothing on Count I (breach of contract).

    2.    That plaintiff takes nothing on Count III (fraud).

    3.    That plaintiff is entitled to judgment on Count V (common law conversion) against both defendant Zachary Trost and Kim Trost in the amount of **$108,797.06**, with interest thereon and costs of action as provided by law.

Dated: March 8, 2012                        /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge