# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF WESTERN MICHIGAN

|  |  |
|---|---|
| SHERRY TROST,<br><br>    Plaintiff/Judgment Creditor,<br>vs.<br><br>ZACHARY TROST and KIM TROST,<br><br><br>    Defendants/Judgment Debtors.<br>LAKE TRUST CREDIT UNION,<br><br>    Garnishee. | **Case No.:** 1:09-cv-580<br><br>Hon. Hugh W. Brenneman, Jr.<br><br><br><br><br>**GARNISHMENT JUDGMENT** |

Troy R. Hendrickson, Esq. \ Arizona Bar No. 024055
**Troy Richmond Hendrickson, PLLC**
2133 E. Warner Road, Suite 106
Tempe, Arizona 85284
Tel. (480) 445-9252
Fax (480) 345-6406
trh@thetrhfirm.com
Attorneys for Plaintiff

Michael R. Behan, Esq. (P45121)
**Schram, Behan & Behan**
4127 Okemos Road, Suite 3
Okemos, Michigan 48864
Tel. (517) 347-3500
Fax (517) 347-4933
behanm@msu.edu
Attorneys for Defendants

    This Court issued a Writ of Garnishment to garnishee, Lake Trust Credit Union, with regards to Defendants Zachary Trost and Kim Trost for $110,198.00 and the following is shown from the Garnishee Disclosure: garnishee owes judgment debtor Zachary Trost $2,981.60 and garnishee owes judgment debtor Kim Trost $455.18.

    Defendants objected to the Writ of Garnishment.

After an evidentiary hearing on the objection,

The Court finds that Lake Trust Credit Union account numbers 10000730130 and 10000960610 belong to Samantha Trost, a minor, and are protected from garnishment.

The Court further finds that $177.00 of Lake Trust Credit Union balance in account number 422171904 belongs to the Girl Scouts of America and is protected from garnishment.

The Court further finds that all the remaining funds are subject to garnishment and Plaintiff is entitled to judgment against garnishee as to those funds.

Based on the foregoing,

IT IS ORDERED entering judgment against garnishee Lake Trust Credit Union as follows:

1. As to Lake Trust Credit Union account number 422171904: $592.22
2. As to Lake Trust Credit Union account number 10002015480: $63.04
3. As to Lake Trust Credit Union account number 10000730170: $54.13
4. As to Lake Trust Credit Union account number 422179201: $15.85
5. As to Lake Trust Credit Union account number 10000730140: $78.25
6. As to Lake Trust Credit Union account number 10002015470: $392.14

IT IS FURTHER ORDERED garnishee shall release all funds in Lake Trust Credit Union account numbers 10000730130 and 10000960610 to Samantha Trost (or her legal guardian(s)/parent(s)).

IT IS FURTHER ORDERED that garnishee shall release $177.00 of Lake Trust Credit Union balance in account number 422171904 to Kim Trost.

      IT IS FURTHER ORDERED Lake Trust Credit Union is released from the Writ of Garnishment when a satisfaction of this judgment is filed.

      SIGNED this 28th day of Aug., 2012.

```
                              /s/ Hugh W. Brenneman, Jr.
                              Hugh W. Brenneman, Jr.
                              United States Magistrate Judge
```