UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY TROST,

       Plaintiff,                           Case No. 1:09-cv-580

v.                                        Hon. Hugh W. Brenneman, Jr.

ZACHARY TROST, *et al,*

       Defendants.
_____/

**AMENDED JUDGMENT**

This action came before the Court for a trial by jury.  **IT IS ORDERED AND ADJUDGED:**

1. That plaintiff takes nothing on Count 1 (breach of contract).

2. That plaintiff takes nothing on Count III (fraud).

3. That plaintiff is entitled to judgment on Count V (common law conversion) against defendants Zachary Trost and Kim Trost in the amount of **$108,797.06,** with interest thereon and costs of action as provided by law.

Dated:  May 13, 2014                        /s/ Hugh W. Brenneman, Jr.
                                                     HUGH W. BRENNEMAN, JR.
                                                       United States Magistrate Judge