UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERRY TROST,

    Plaintiff,

                                            Case No. 1:09-cv-580

v.                                             Hon. Hugh W. Brenneman, Jr.

ZACHARY TROST, *et al.*,

    Defendants.

_____/

**ORDER**

The Court has been informed that defendants have filed a petition in bankruptcy.

Accordingly, this matter is stayed pending further order of the Court.  *See* 11 U.S.C. § 362.

**IT IS ORDERED**.

Dated:  March 30, 2015                           /s/ Hugh W. Brenneman, Jr.
                                                                    HUGH W. BRENNEMAN, JR.
                                                                    United States Magistrate Judge